## 31829. LODER v. THE STATE.

PER CURIAM.

The court grants the applicant's petition for a writ of certiorari in *Loder v. State,* 140 Ga. App. 166 (230 SE2d 124) (1976), vacates the judgment of the Court of Appeals and remands to that court for reconsideration in view of *Thornton v. State,* 238 Ga. 160 (1977). See Rule 37 (c).

*Judgment vacated with direction. All the Justices concur, except Gunter and Ingram, JJ., who would grant certiorari for full consideration by this court, and Jordan, J., who would deny certiorari.*

DECIDED JANUARY 6, 1977.

*Robert M. Coker,* for appellant.

*Arthur K. Bolton, Attorney General, Lewis R. Slaton, District Attorney,* for appellee.